GARY G. SINGH, #6543
Topa Financial Center
700 Bishop Street, Suite 2000
Honolulu, Hawaii 96813
Telephone: (808) 529-0626
Email: gary@garysinghlaw.com

Attorney for Defendant
ROGER BIGGS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROGER BIGGS,<br><br>Defendant. | CR No. 25-00073-DKW<br><br>**DEFENDANT ROGER BIGGS' OPPPOSITION TO UNITED STATES OF AMERICA'S MOTION FOR ENTRY OF A PRELIMINARY ORDER OF FORFEITURE [ECF 132]; CERTIFICATE OF SERVICE**<br><br><u>SENTENCING:</u><br>DATE: September 3, 2026<br>TIME: 9:00 a.m.<br>JUDGE: Honorable Derrick K. Watson |

**DEFENDANT ROGER BIGGS' OPPOSITION TO UNITED STATES OF AMERICA'S MOTION FOR ENTRY OF A PRELIMINARY ORDER OF FORFEITURE [ECF 132]**

Defendant, ROGER BIGGS' ("Defendant"), by and through his undersigned counsel, GARY G. SINGH, hereby submit Defendant's Opposition to United States of America's Motion for Entry of a Preliminary Order of Forfeiture [ECF 132], filed August 24, 2026.

Defendant objects to the forfeiture of the HYTE desktop computer.

The HYTE desktop computer was never used in the commission of any crime.

There were no illegal contents on

DATED: Honolulu, Hawaii, September 2, 2025.

*/s/ Gary G. Singh*
Gary G. Singh
Attorney for Defendant
ROGER BIGGS